UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FRANK DEGRAW, TRUSTEE, and )
INDIANA LABORERS WELFARE, )
PENSION AND TRAINING FUNDS, )
 )
 )
        Plaintiffs, )
 )
    v. )CAUSE NO.: 1:10-cv-0534-SEB-DML
 )
GARZA MAINTENANCE AND )
CONSTRUCTION, LLC )
 )
        Defendant. )

**DEFAULT JUDGMENT
AND PERMANENT INJUNCTION**

Defendant Garza Maintenance and Construction, LLC having failed to plead or

otherwise defend in this action, and its default having been entered, now, upon application

of the Plaintiffs, the Plaintiffs are entitled to the sum of $7,982.29 for delinquent

contributions and interest, and the attorneys for Plaintiffs being entitled to a reasonable

attorney fee and costs of $1,210.00 for their services rendered in this matter, as shown by the

Affidavit of Frederick W. Dennerline, III, it is hereby

ORDERED ADJUDGED AND DECREED that Plaintiff Funds recover the sum of

$7,982.29 and their attorney fees, expenses and costs in the amount of $1,210.00.

IT IS FURTHER ORDERED that the Defendant should be and is PERMANENTLY

ENJOINED as follows:

Defendant, its agents, servants, employees, and all persons in active counsel and in

participation with it, are permanently enjoined from failing and/or refusing to make timely payment of monies due Plaintiff Funds on behalf of all of Defendant's employees for whom contributions are required under the aforementioned collective bargaining agreements, beginning with the contributions for the month of January, 2010. All future contributions will be paid on or before their due date on the basis specified in any collective bargaining agreement between the LIUNA, Indiana State Council, and the Defendant.

Dated  06/07/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Frederick W. Dennerline, III
FILLENWARTH DENNERLINE GROTH & TOWE, LLP
429 East Vermont Street, Suite 200
Indianapolis, IN 46202
E-mail: fdennerline@fdgtlaborlaw.com

Garza Maintenance and Construction, LLC
c/o Richard Garza
2393 Four Seasons Pkwy
Crown Point, IN 46307

p/194c/md